# City of New York
## EStubs — Pay Statement



| Pay Period | Pay Date | Check Num | Payroll # | Work Unit | Distribution # | Pension # |
|---|---|---|---|---|---|---|
| 12/20/2020 01/02/2021 | 01/08/2021 | Z 8034536 | 012 | 0001 | AD01 | 000000 |

| Employee Name | Employee Num | JSN | Federal MS | Federal Exempt | State MS | State Exempt | Electronic Fund Transfer Info |
|---|---|---|---|---|---|---|---|
| YASKOVA  ANASTASIA | 1705291 | 1 | A | 02 | A | 02 | Active |

| Federal W4 | Claim Dependents: | NA | Other Income: | NA | Other Deductions: | NA |
|---|---|---|---|---|---|---|

| Totals | Gross Pay | Deductions | Net Pay |
|---|---|---|---|
| This Period | 2075.07 | 668.51 | 1406.56 |
| Year to Date | 2075.07 | 668.51 | 1406.56 |

| Taxes | Federal Tax | Social Security | Medicare | State Tax | City Tax | City Waiver |
|---|---|---|---|---|---|---|
| This Period | 186.80 | 128.65 | 30.09 | 93.24 | 65.15 | |
| Year to Date | 186.80 | 128.65 | 30.09 | 93.24 | 65.15 | |

### Payments

| Description | Prior Period Units/Hours | Prior Period Amount Earned | This Period Units/Hours | This Period Amount Earned |
|---|---|---|---|---|
| RECURRING REGULAR GROSS | | | 70:00 | 2075.07 |

### Deduction

| Description | Amount this Period | Goal Amt or # Installments | Balance Due or Installments left |
|---|---|---|---|
| MUNICIPAL CREDIT UNION | 115.00 | | |
| PAID FAMILY LEAVE GOAL ORIENT | 10.60 | 385.34 | 374.74 |
| SOCIAL SERVICE EMPLOYEES UNION | 38.98 | | |

### Leave Balances
As of: 12/26/2020

| Description | Balance Avail HH:MM / DDD | Description | Balance Avail HH:MM / DDD |
|---|---|---|---|
| SICK LEAVE | 24:25 | ANNUAL LEAVE | 28:52 |

### Message
LIVE EZ W DIRECT DEPOSIT AT NYC.GOV/ESS